UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>    Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN and XAVIER BACERRA,<br><br>    Respondents. | Case No. 1:19-cv-00287-AWI-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>ECF No. 3 |

Petitioner Zane Hubbard, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On September 25, 2019, the Magistrate Judge recommended that the Court deny the habeas petition and decline to issue a certificate of appealability. ECF No. 3. Petitioner has not objected, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on September 25, 2019, ECF No. 3, are adopted in full;

1

2. The Petition for Writ of Habeas Corpus is dismissed without prejudice;

3. Petitioner's Motion to Proceed in Forma Pauperis, ECF No. 2, is denied as moot;

4. The Court declines to issue a certificate of appealability; and

5. The Clerk of Court shall enter judgment in favor of respondent and close the case.

IT IS SO ORDERED.

Dated:  November 6, 2019            _____
                                    SENIOR DISTRICT JUDGE